# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:17MJ00045-1** |
| **KOREY DEAN BROWN** | Defendant's Attorney: Hope L. Alley, Assistant Federal Defender |

**THE DEFENDANT:**
[✓] pleaded guilty to counts __1 & 2__ of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 2.35(c) | Presence in the park when under the influence of alcohol to a degree or that may endanger oneself or another person | June 24, 2017 | ONE |
| 36 CFR § 2.35(a)(4) | Creating a hazardous condition | June 24, 2017 | TWO |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count _3_ is dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.          [✓] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

3/28/2018
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

4/2/2018
Date

# PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>18 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant is ordered to personally appear for a **Probation Review Hearing on 7/30/2019 at 10:00 am before U.S. Magistrate Judge Jeremy D. Peterson**.
4. The Defendant shall complete 30 hours of community service at a non-profit organization and file sworn proof of completion to the Court and Government Officer through counsel. The Defendant shall perform and complete the community service hours by 1/28/2019.
5. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.
6. Defendant shall attend mental health counseling with a focus on alcohol abuse 2 times per week for the first 6 months of probation and AA meetings 2 times per week for the second 6 months of probation and file sworn proof of attendance to the Court and Government Officer, through counsel.