1  Susan St. Vincent
   Legal Officer
2  NATIONAL PARK SERVICE
   Legal Office
3  P.O. Box 517
   Yosemite, California  95389
4  Telephone:  (209) 372-0241
5
6
7
8              UNITED STATES DISTRICT COURT
9            EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,          Docket Number:  6:17-mj-00045-JDP

12              Plaintiff,

13                                     **MOTION TO VACATE REVIEW
                                       HEARING; AND ORDER THEREON**
14  KOREY D. BROWN,

15              Defendant.

16

17
         The United States, by and through its representative, Susan St. Vincent hereby moves the
18
    Court for an Order to Vacate the review hearing currently scheduled in this matter for July 31,
19
    2019.  The Government has received a death certificate showing the Defendant died on May 1,
20
    2019.
21
            .
22

23
         Dated:  July 23, 2019                 /S/ Susan St. Vincent
24                                             Susan St. Vincent
                                               Legal Officer
25                                             Yosemite National Park

26

27

28

                                       1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for July 31, 2019 in the above-referenced matter, *United States v. Brown*, *6:17-mj-0045-JDP*, be vacated.

IT IS SO ORDERED.

Dated:     July 31, 2019

_____
UNITED STATES MAGISTRATE JUDGE